■ In the Matter of MARY PATTERSON, Petitioner, v HERTZ CORPORATION et al., Respondents. — Order, State Human Rights Appeal Board, dated April 14, 1983, unanimously confirmed, without costs and without disbursements. The

appeal from the order of said board dated February 18, 1983, dismissed as untimely. No opinion. Concur — Kupferman, J. P., Sullivan, Carro, Milonas and Kassal, JJ.